Certificate Number: 02921-PAE-CC-034983387

02921-PAE-CC-034983387

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 14, 2020, at 5:32 o'clock PM EDT, Laura Demkovitz received from Credit Counseling Center, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Eastern District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: October 14, 2020

By: /s/Joan B Reading

Name: Joan B Reading

Title: President

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 02921-PAE-CC-034983388

02921-PAE-CC-034983388

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 14, 2020, at 5:32 o'clock PM EDT, Peter Demkovitz received from Credit Counseling Center, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Eastern District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: October 14, 2020

By: /s/Joan B Reading

Name: Joan B Reading

Title: President

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).