**In Re: Peter and Laura Demkovitz** **Case No. ____________**

**MATRIX**

Santander Bank, N.A.

1130 Berkshire Blvd, 3rd fl

Wyomissing, PA 19610

1-215-320-8400

Discover Bank

PO Box 15316

Att: CMS/Prod Develop

Wilmington, DE 19850

1-800-347-2683

Kohls/Capital One

PO Box 3115

Milwaukee, WI 53201

1-800-564-5740

American Express

PO Box 981537

El Paso, TX 79998

1-800-874-2717

Citibank Cards CBNA & Citicards NA

5800 South Corporate Place

Mail Code 234

Sioux Falls, SD 57108

Verizon Wireless/Southeast

PO Box 26055

Nat'l Recovery Dept. M.S. 400

Minneapolis, MN 55426

1-800-852-1922

American Student Assistance Corp.

100 Cambridge Street

Suite 1600

Boston, MA 02114

1-617-426-9434

JP Morgan/Chase

270 Park Avenue

NY, NY 10017

212-270-6000

CitiMortgage, Inc.

1000 Technology Drive

O'Fallon, MO 63368

PCA Acquisitions LLC

1002 Justison St.

Wilmington, DE 19801

Springfield Ambulance Ass.

3903 Hawthorne Lane

Wyndmoor, PA 19038

American Express Centurion Bank

4315 S. 2700 West

Salt Lake City, UT 84184

Internal Revenue Service

PO Box 7436

Philadelphia, PA 19101

Berkheimer Ass.

HAB-DLT

PO Box 25153

Lehigh Valley, PA 18002