**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| PETER HENRY DEMKOVITZ<br>aka Peter Henry Matthew Demkovitz<br>aka Peter H.M. Demkovitz | :<br><br>: | |
| LAURA CLAIRE DEMKOVITZ<br>aka Laura C Demkovitz<br>aka L.C. Demkovitz | :<br><br>: | Bankruptcy No. 20-14222-AMC |
| Debtor. | : | |

# **O R D E R**

**AND NOW**, the Debtors having filed the above bankruptcy case on October 23, 2020,

**AND**, the Debtor having filed a prior bankruptcy cases before the present case at case number 20-11768-AMC, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on March 23, 2020 and dismissed on April 22, 2020 for Failure to file required documents,

**AND,** the debtors having failed to timely file the documents required by the Fed. R. Bankr. P. 1007 despite being granted seven (7) extensions of the filing deadline by Orders dated: October 26, 2020, November 6, 2020, November 23, 2020, December 7, 2020, December 23, 2020, January 5, 2021 and January 20, 2021, it is hereby

**ORDERED** that a **telephonic hearing** on the question of *whether the Debtors' case should be dismissed and whether the Debtors should be barred from filing future bankruptcy cases for a period of 365 days*, either individually or jointly, without first seeking court approval

based on a record of bad faith is scheduled for **March 10, 2021 at 11:00 A.M..** Parties are directed to call the Court's telephonic conferencing system by dialing 1-**877-873-8017**; Access Code **3027681# ,** and it is

**FURTHER ORDERED** that if the Debtors fail to participate at the above scheduled hearing, this case may be dismissed without need for further notice or hearing.



**Date: February 19, 2021**

Ashely M. Chan
United States Bankruptcy Judge