**CHRIST THE KING RC CHURCH**
3252 CHESTERFIELD ROAD
PHILADELPHIA PA 19114

## Earnings Statement

| Name | SSN # | Dept. | W/H Status | Period Ending | Pay Date | Check # |
|---|---|---|---|---|---|---|
| LAURA C DEMKOVITZ | XXX-XX-0716 | 2450 | M- 0 | 08/06/20 - 08/19/20 | 08/19/20 | DIRDEP |

**Hours and Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| REGULAR | 0.00 | 1255.390 | 1255.39 |

**Taxes and Deductions**

| Description | This Period | Year-To-Date |
|---|---|---|
| FICA TAX | 77.83 | 1167.45 |
| FED TAX | 76.29 | 949.65 |
| MEDI-CARE | 18.20 | 273.00 |
| PA STATE TAX | 38.54 | 578.10 |
| SUI TAX | 0.75 | 11.25 |
| PHILADEPHIA | 43.96 | 652.03 |
| 403B TRAD | 50.22 | 753.30 |
| DIRECT DEPOSIT | 949.60 | |

| ----------YTD---------- | | -----CURRENT---- | | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Gross | 18830.85 | Gross | 1255.39 | | |
| Taxbl | 18077.55 | Taxbl | 1205.17 | 305.79 | 949.60 |

Additional Fed Tax withheld $ 50.00

©1999 by Paysoft, Inc.

Unauthorized Duplication Prohibited

THE ORIGINAL DOCUMENT CONTAINS A REFLECTIVE WATERMARK ON THE BACK AND A VOID PANTOGRAPH

**CHRIST THE KING RC CHURCH**
3252 CHESTERFIELD ROAD
PHILADELPHIA PA 19114

08/19/2020

*** DIRECT DEPOSIT ADVICE ***

TO: TD BANK 036001808 ********55139 949.60

LAURA C DEMKOVITZ
8706 MARSHALL ROAD
WYNDMOOR PA 19038

VOID**VOID**VOID

**CHRIST THE KING RC CHURCH**
3252 CHESTERFIELD ROAD
PHILADELPHIA PA 19114

**Earnings Statement**

| Name | SSN # | Dept. | W/H Status | Period Ending | Pay Date | Check # |
|---|---|---|---|---|---|---|
| LAURA C DEMKOVITZ | XXX-XX-0716 | 2450 | M- 0 | 08/20/20 - 09/02/20 | 09/02/20 | DIRDEP |

**Hours and Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| REGULAR | 0.00 | 1255.390 | 1255.39 |

**Taxes and Deductions**

| Description | This Period | Year-To-Date |
|---|---|---|
| FICA TAX | 77.83 | 1245.28 |
| FED TAX | 75.03 | 1024.68 |
| MEDI-CARE | 18.20 | 291.20 |
| PA STATE TAX | 38.54 | 616.64 |
| SUI TAX | 0.75 | 12.00 |
| PHILADEPHIA | 43.96 | 695.99 |
| 403B TRAD | 62.77 | 816.07 |
| DIRECT DEPOSIT | 938.31 | |

| ----------YTD---------- | | -----CURRENT---- | | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Gross | 20086.24 | Gross | 1255.39 | | |
| Taxbl | 19270.17 | Taxbl | 1192.62 | 317.08 | 938.31 |

Additional Fed Tax withheld $ 50.00

©1999 by Paysoft, Inc.

Unauthorized Duplication Prohibited

THE ORIGINAL DOCUMENT CONTAINS A REFLECTIVE WATERMARK ON THE BACK AND A VOID PANTOGRAPH

**CHRIST THE KING RC CHURCH**
3252 CHESTERFIELD ROAD
PHILADELPHIA PA 19114

09/02/2020

*** DIRECT DEPOSIT ADVICE ***

TO: TD BANK 036001808 ********55139 938.31

LAURA C DEMKOVITZ
8706 MARSHALL ROAD
WYNDMOOR PA 19038

VOID**VOID**VOID

**CHRIST THE KING RC CHURCH**
3252 CHESTERFIELD ROAD
PHILADELPHIA PA 19114

**Earnings Statement**

| Name | SSN # | Dept. | W/H Status | Period Ending | Pay Date | Check # |
|---|---|---|---|---|---|---|
| LAURA C DEMKOVITZ | XXX-XX-0716 | 2450 | M- 0 | 09/17/20 - 09/30/20 | 09/30/20 | DIRDEP |

**Hours and Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| REGULAR | 0.00 | 1255.390 | 1255.39 |

**Taxes and Deductions**

| Description | This Period | Year-To-Date |
|---|---|---|
| FICA TAX | 77.83 | 1400.94 |
| FED TAX | 75.03 | 1174.74 |
| MEDI-CARE | 18.20 | 327.60 |
| PA STATE TAX | 38.54 | 693.72 |
| SUI TAX | 0.75 | 13.50 |
| PHILADEPHIA | 43.96 | 783.91 |
| 403B TRAD | 62.77 | 941.61 |
| DIRECT DEPOSIT | 938.31 | |

| ----------YTD---------- | -----CURRENT---- | DEDUCTIONS | NET PAY |
|---|---|---|---|
| Gross 22597.02 | Gross 1255.39 | | |
| Taxbl 21655.41 | Taxbl 1192.62 | 317.08 | 938.31 |

Additional Fed Tax withheld $ 50.00

©1999 by Paysoft, Inc.

Unauthorized Duplication Prohibited

THE ORIGINAL DOCUMENT CONTAINS A REFLECTIVE WATERMARK ON THE BACK AND A VOID PANTOGRAPH

**CHRIST THE KING RC CHURCH**
3252 CHESTERFIELD ROAD
PHILADELPHIA PA 19114

09/30/2020

*** DIRECT DEPOSIT ADVICE ***

TO: TD BANK 036001808 ********55139 938.31

LAURA C DEMKOVITZ
8706 MARSHALL ROAD
WYNDMOOR PA 19038

VOID**VOID**VOID

**CHRIST THE KING RC CHURCH**
3252 CHESTERFIELD ROAD
PHILADELPHIA PA 19114

**Earnings Statement**

| Name | SSN # | Dept. | W/H Status | Period Ending | Pay Date | Check # |
|---|---|---|---|---|---|---|
| LAURA C DEMKOVITZ | XXX-XX-0716 | 2450 | M- 0 | 10/01/20 - 10/14/20 | 10/14/20 | DIRDEP |

**Hours and Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| REGULAR | 0.00 | 1255.390 | 1255.39 |

**Taxes and Deductions**

| Description | This Period | Year-To-Date |
|---|---|---|
| FICA TAX | 77.83 | 1478.77 |
| FED TAX | 75.03 | 1249.77 |
| MEDI-CARE | 18.20 | 345.80 |
| PA STATE TAX | 38.54 | 732.26 |
| SUI TAX | 0.75 | 14.25 |
| PHILADEPHIA | 43.96 | 827.87 |
| 403B TRAD | 62.77 | 1004.38 |
| DIRECT DEPOSIT | 938.31 | |

| ----------YTD---------- | | -----CURRENT---- | | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Gross | 23852.41 | Gross | 1255.39 | | |
| Taxbl | 22848.03 | Taxbl | 1192.62 | 317.08 | 938.31 |

Additional Fed Tax withheld $ 50.00

©1999 by Paysoft, Inc.

Unauthorized Duplication Prohibited

THE ORIGINAL DOCUMENT CONTAINS A REFLECTIVE WATERMARK ON THE BACK AND A VOID PANTOGRAPH

**CHRIST THE KING RC CHURCH**
3252 CHESTERFIELD ROAD
PHILADELPHIA PA 19114

10/14/2020

*** DIRECT DEPOSIT ADVICE ***

TO: TD BANK 036001808 ********55139 938.31

LAURA C DEMKOVITZ
8706 MARSHALL ROAD
WYNDMOOR PA 19038

VOID ** VOID ** VOID

**CHRIST THE KING RC CHURCH**
3252 CHESTERFIELD ROAD
PHILADELPHIA PA 19114

**Earnings Statement**

| Name | SSN # | Dept. | W/H Status | Period Ending | Pay Date | Check # |
|---|---|---|---|---|---|---|
| LAURA C DEMKOVITZ | XXX-XX-0716 | 2450 | M- 0 | 10/15/20 - 10/28/20 | 10/28/20 | DIRDEP |

**Hours and Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| REGULAR | 0.00 | 1255.390 | 1255.39 |

**Taxes and Deductions**

| Description | This Period | Year-To-Date |
|---|---|---|
| FICA TAX | 77.83 | 1556.60 |
| FED TAX | 75.03 | 1324.80 |
| MEDI-CARE | 18.20 | 364.00 |
| PA STATE TAX | 38.54 | 770.80 |
| SUI TAX | 0.75 | 15.00 |
| PHILADEPHIA | 43.96 | 871.83 |
| 403B TRAD | 62.77 | 1067.15 |
| DIRECT DEPOSIT | 938.31 | |

| ----------YTD---------- | | -----CURRENT---- | | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Gross | 25107.80 | Gross | 1255.39 | | |
| Taxbl | 24040.65 | Taxbl | 1192.62 | 317.08 | 938.31 |

Additional Fed Tax withheld $ 50.00

©1999 by Paysoft, Inc.

Unauthorized Duplication Prohibited

THE ORIGINAL DOCUMENT CONTAINS A REFLECTIVE WATERMARK ON THE BACK AND A VOID PANTOGRAPH

**CHRIST THE KING RC CHURCH**
3252 CHESTERFIELD ROAD
PHILADELPHIA PA 19114

10/28/2020

*** DIRECT DEPOSIT ADVICE ***

TO: TD BANK 036001808 ********55139 938.31

LAURA C. DEMKOVITZ
8706 MARSHALL ROAD
WYNDMOOR PA 19038

VOID**VOID**VOID

Chec | Emp | LAURA DEMKOVITZ | SSN | Status: S0 | P.E. Date: 08/15/20 | Ck Date: 08/19/20

Rate1:1[illegible] (300 RETAIL)

| | HOURS | CHK AMT | YTD |
|---|---|---|---|
| REG | 30.49 | 426.86 | 6256.74 |
| HOL | 0.00 | 0.00 | 56.00 |
| BONUS | | 42.70 | 630.14 |

| TAXES | CHK AMT | YTD |
|---|---|---|
| FED IT | 53.78 | 345.56 |
| FICA | 29.11 | 430.45 |
| MEDI | 6.81 | 100.69 |
| PA IT | 14.42 | 213.15 |
| SUCI/SDI | 0.28 | 4.14 |
| PN IT | 16.44 | 241.00 |

| DEDUCTIONS | CHK AMT | YTD |
|---|---|---|

| | This Check | YTD |
|---|---|---|
| Earnings | 469.56 | 6942.88 |
| Taxes | 120.84 | 1334.99 |
| Deductions | 0.00 | 0.00 |
| Net Pay | 348.72 | 5607.89 |

Processed by Payroll Service Solutions, L.L.C. for WILLIAM A. KILIAN HARDWARE CO.

| Check# | Emp | LAURA DEMKOVITZ | SSN: | Status: S0 | P.E. Date: 08/22/20 | Ck Date: 08/26/20 |
|---|---|---|---|---|---|---|

Rate1:14.00 [300 RETAIL]

| | HOURS | CHK AMT | YTD |
|---|---|---|---|
| REG | 31.92 | 446.88 | 6703.62 |
| HOL | 0.00 | 0.00 | 56.00 |
| BONUS | | 44.66 | 674.80 |

TAXES

| | CHK AMT | YTD |
|---|---|---|
| FED IT | 56.42 | 401.98 |
| FICA | 30.48 | 460.93 |
| MEDI | 7.13 | 107.82 |
| PA IT | 15.09 | 228.24 |
| SUCI/SDI | 0.29 | 4.43 |
| PN IT | 17.21 | 258.21 |

DEDUCTIONS

| | CHK AMT | YTD |
|---|---|---|

| | This Check | YTD |
|---|---|---|
| Earnings | 491.54 | 7434.42 |
| Taxes | 126.62 | 1461.61 |
| Deductions | 0.00 | 0.00 |
| Net Pay | 364.92 | 5972.81 |

Processed by Payroll Service Solutions, L.L.C. for WILLIAM A. KILIAN HARDWARE CO.

Check: Emp #: LAURA DEMKOVITZ SSN: Status: S0 P.E. Date: 08/29/20 Ck Date: 09/02/20

Rate1:14.00: [300 RETAIL]

| | HOURS | CHK AMT | YTD |
|---|---|---|---|
| REG | 13.04 | 182.56 | 6886.18 |
| HOL | 0.00 | 0.00 | 56.00 |
| BONUS | | 18.20 | 693.00 |

TAXES

| | CHK AMT | YTD |
|---|---|---|
| FED IT | 22.77 | 424.75 |
| FICA | 12.45 | 473.38 |
| MEDI | 2.91 | 110.73 |
| PA IT | 6.16 | 234.40 |
| SUCI/SDI | 0.12 | 4.55 |
| PN IT | 7.03 | 265.24 |

DEDUCTIONS

| | CHK AMT | YTD |
|---|---|---|

| | This Check | YTD |
|---|---|---|
| Earnings | 200.76 | 7635.18 |
| Taxes | 51.44 | 1513.05 |
| Deductions | 0.00 | 0.00 |
| Net Pay | 149.32 | 6122.13 |

Processed by Payroll Service Solutions, L.L.C. for WILLIAM A. KILIAN HARDWARE CO.

Check | Emp | LAURA DEMKOVITZ | SSN: | Status: S0 | P.E. Date: 09/05/20 | Ck Date: 09/10/20

Rate1:14.00: [300 RETAIL]

| | HOURS | CHK AMT | YTD |
|---|---|---|---|
| REG | 39.73 | 556.22 | 7442.40 |
| HOL | 0.00 | 0.00 | 56.00 |
| BONUS | | 55.58 | 748.58 |

TAXES

| | CHK AMT | YTD |
|---|---|---|
| FED IT | 70.85 | 495.60 |
| FICA | 37.93 | 511.31 |
| MEDI | 8.87 | 119.60 |
| PA IT | 18.78 | 253.18 |
| SUCI/SDI | 0.37 | 4.92 |
| PN IT | 21.42 | 286.66 |

DEDUCTIONS

| | CHK AMT | YTD |
|---|---|---|

| | This Check | YTD |
|---|---|---|
| Earnings | 611.80 | 8246.98 |
| Taxes | 158.22 | 1671.27 |
| Deductions | 0.00 | 0.00 |
| Net Pay | 453.58 | 6575.71 |

Processed by Payroll Service Solutions, L.L.C. for WILLIAM A. KILIAN HARDWARE CO.

Check Emp LAURA DEMKOVITZ SSN: Status: S0 P.E. Date: 09/12/20 Ck Date: 09/16/20

Rate: 14.[illegible] [300 RETAIL]

| | HOURS | CHK AMT | YTD |
|---|---|---|---|
| REG | 25.66 | 359.24 | 7801.64 |
| HOL | 4.00 | 56.00 | 112.00 |
| BONUS | | 35.98 | 784.56 |

TAXES

| | CHK AMT | YTD |
|---|---|---|
| FED IT | 51.58 | 547.18 |
| FICA | 27.96 | 539.29 |
| MEDI | 6.54 | 126.14 |
| PA IT | 13.85 | 267.03 |
| SUCI/SDI | 0.27 | 5.19 |
| PN IT | 15.80 | 302.46 |

DEDUCTIONS

| | CHK AMT | YTD |
|---|---|---|
| | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 451.22 | 8698.20 |
| Taxes | 116.02 | 1787.29 |
| Deductions | 0.00 | 0.00 |
| Net Pay | 335.20 | 6910.91 |

Processed by Payroll Service Solutions, L.L.C. for WILLIAM A. KILIAN HARDWARE CO.

Check# | Emp | LAURA DEMKOVITZ | SSN: | Status: S0 | P.E. Date: 09/19/20 | Ck Date: 09/23/20

Rate1:14.00 [300 RETAIL]

| | HOURS | CHK AMT | YTD |
|---|---|---|---|
| REG | 35.16 | 492.24 | 8293.88 |
| HOL | 0.00 | 0.00 | 112.00 |
| BONUS | | 49.28 | 833.84 |

TAXES

| | CHK AMT | YTD |
|---|---|---|
| FED IT | 62.42 | 609.60 |
| FICA | 33.57 | 572.86 |
| MEDI | 7.85 | 133.99 |
| PA IT | 16.62 | 283.65 |
| SUCI/SDI | 0.32 | 5.51 |
| PN IT | 18.96 | 321.42 |

DEDUCTIONS

| | CHK AMT | YTD |
|---|---|---|

| | This Check | YTD |
|---|---|---|
| Earnings | 541.52 | 9239.72 |
| Taxes | 139.74 | 1927.03 |
| Deductions | 0.00 | 0.00 |
| Net Pay | 401.78 | 7312.69 |

Processed by Payroll Service Solutions, L.L.C. for WILLIAM A. KILIAN HARDWARE CO.

Check Em LAURA DEMKOVITZ SSN: Status: S0 P.E. Date: 09/26/20 Ck Date: 09/30/20

Rate1:14.00 [300 RETAIL]

| | HOURS | CHK AMT | YTD |
|---|---|---|---|
| REG | 38.31 | 536.34 | 8830.22 |
| HOL | 0.00 | 0.00 | 112.00 |
| BONUS | | 53.62 | 887.46 |

| TAXES | CHK AMT | YTD |
|---|---|---|
| FED IT | 68.23 | 677.83 |
| FICA | 36.58 | 609.44 |
| MEDI | 8.55 | 142.54 |
| PA IT | 18.11 | 301.76 |
| SUCI/SDI | 0.35 | 5.86 |
| PN IT | 20.66 | 342.08 |

| DEDUCTIONS | CHK AMT | YTD |
|---|---|---|

| | This Check | YTD |
|---|---|---|
| Earnings | 589.96 | 9829.68 |
| Taxes | 152.48 | 2079.51 |
| Deductions | 0.00 | 0.00 |
| Net Pay | 437.48 | 7750.17 |

Processed by Payroll Service Solutions, L.L.C. for WILLIAM A. KILIAN HARDWARE CO.

Check# 20950 Emp # 112 LAURA DEMKOVITZ SSN: 161-56-XXXX Status: S0 P.E. Date: 10/03/20 Ck Date: 10/07/20

Rate1:14.00: [300 RETAIL]

| | HOURS | CHK AMT | YTD | TAXES | CHK AMT | YTD | DEDUCTIONS | CHK AMT | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG | 40.00 | 560.00 | 9390.22 | FED IT | 77.68 | 755.51 | | | |
| OT | 1.73 | 36.33 | 36.33 | FICA | 41.46 | 650.90 | | | |
| HOL | 0.00 | 0.00 | 112.00 | MEDI | 9.70 | 152.24 | | | |
| BONUS | | 72.38 | 959.84 | PA IT | 20.53 | 322.29 | | | |
| | | | | SUCI/SDI | 0.40 | 6.26 | | | |
| | | | | PN IT | 23.42 | 365.50 | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 668.71 | 10498.39 |
| Taxes | 173.19 | 2252.70 |
| Deductions | 0.00 | 0.00 |
| Net Pay | 495.52 | 8245.69 |

Processed by Payroll Service Solutions, L.L.C. for WILLIAM A. KILIAN HARDWARE CO.

Check# 20967 Emp # 112 LAURA DEMKOVITZ SSN: 161-56-XXXX Status: S0 P.E. Date: 10/10/20 Ck Date: 10/15/20

Rate1:14.00 [300 RETAIL]

| | HOURS | CHK AMT | YTD |
|---|---|---|---|
| REG | 37.30 | 522.20 | 9912.42 |
| OT | 0.00 | 0.00 | 36.33 |
| HOL | 0.00 | 0.00 | 112.00 |
| BONUS | | 52.22 | 1012.06 |

TAXES

| | CHK AMT | YTD |
|---|---|---|
| FED IT | 66.36 | 821.87 |
| FICA | 35.61 | 686.51 |
| MEDI | 8.33 | 160.57 |
| PA IT | 17.63 | 339.92 |
| SUCI/SDI | 0.34 | 6.60 |
| PN IT | 20.12 | 385.62 |

DEDUCTIONS

| | CHK AMT | YTD |
|---|---|---|

| | This Check | YTD |
|---|---|---|
| Earnings | 574.42 | 11072.81 |
| Taxes | 148.39 | 2401.09 |
| Deductions | 0.00 | 0.00 |
| Net Pay | 426.03 | 8671.72 |

Processed by Payroll Service Solutions, L.L.C. for WILLIAM A. KILIAN HARDWARE CO.

Check# 20983 Emp # 112 LAURA DEMKOVITZ SSN: 161-56-XXXX Status: S0 P.E. Date: 10/17/20 Ck Date: 10/21/20

| Rate1:14.00: [300 RETAIL] | HOURS | CHK AMT | YTD | TAXES | CHK AMT | YTD | DEDUCTIONS | CHK AMT | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG | 27.61 | 386.54 | 10298.96 | FED IT | 49.55 | 871.42 | | | |
| OT | 0.00 | 0.00 | 36.33 | FICA | 26.93 | 713.44 | | | |
| HOL | 0.00 | 0.00 | 112.00 | MEDI | 6.30 | 166.87 | | | |
| BONUS | | 47.74 | 1059.80 | PA IT | 13.33 | 353.25 | | | |
| | | | | SUCI/SDI | 0.26 | 6.86 | | | |
| | | | | PN IT | 15.21 | 400.83 | | | |

| | This Check | YTD |
|---|---|---|
| Earnings | 434.28 | 11507.09 |
| Taxes | 111.58 | 2512.67 |
| Deductions | 0.00 | 0.00 |
| Net Pay | 322.70 | 8994.42 |

Processed by Payroll Service Solutions, L.L.C. for WILLIAM A. KILIAN HARDWARE CO.

Check# 21001 Emp # 112 LAURA DEMKOVITZ SSN: 161-56-XXXX Status: S0 P.E. Date: 10/24/20 Ck Date: 10/28/20

Rate1:14.00: [300 RETAIL]

| | HOURS | CHK AMT | YTD |
|---|---|---|---|
| REG | 37.13 | 519.82 | 10818.78 |
| OT | 0.00 | 0.00 | 36.33 |
| HOL | 0.00 | 0.00 | 112.00 |
| BONUS | | 51.94 | 1111.74 |

TAXES

| | CHK AMT | YTD |
|---|---|---|
| FED IT | 66.04 | 937.46 |
| FICA | 35.45 | 748.89 |
| MEDI | 8.29 | 175.16 |
| PA IT | 17.55 | 370.80 |
| SUCI/SDI | 0.34 | 7.20 |
| PN IT | 20.02 | 420.85 |

DEDUCTIONS

| | CHK AMT | YTD |
|---|---|---|

| | This Check | YTD |
|---|---|---|
| Earnings | 571.76 | 12078.85 |
| Taxes | 147.69 | 2660.36 |
| Deductions | 0.00 | 0.00 |
| Net Pay | 424.07 | 9418.49 |

Processed by Payroll Service Solutions, L.L.C. for WILLIAM A. KILIAN HARDWARE CO.